# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

**DAN MCALLISTER**
Chief Deputy

James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany NY 12207-2936
(518) 257-1800

April 11, 2017

Robert R. Debes, Jr., Esq.
Ricardo J. Prieto, Esq.
Shellist, Lazarz, Slobin, LLP
11 Greenway Plaza, Suite 1515
Houstan, TX 77046

RE: John Parker vs. Savage Fueling Corporation
NYND CASE NO. 1:17-cv-397(GTS/CFH)

Dear Dear Mr. Debes and Mr. Prieto:

Please be advised that the above case was filed April 10, 2017, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required. The attorney admission forms can be found on our website at: http://www.nynd.uscourts.gov/attorney-admissions. Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquires should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

LAWRENCE K. BAERMAN, CLERK

By: s/ Kathy Rogers
    Case Processing Specialist

cc: (via CM/ECF)
    NDNY File