UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN PARKER, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

Plaintiff,

— against —

SAVAGE FUELING CORPORATION,

Defendant.

**AFFIDAVIT OF SERVICE**

Civil Action No.
1:17-cv-397

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF ALBANY   )

**David V. Egan**, being duly sworn, deposes and says that I am over the age of eighteen years, that I reside in Albany County, that I am not a party to this action and that I made personal service of the **Summons and Complaint** on:

> Tammy Alexander, Principle Demo
> New York Department of State
> 99 Washington Avenue
> Albany, NY 12231

designated by law to accept service of process on behalf of defendants Savage Fueling Corporation, by leaving true and accurate copies on Wednesday, April 12, 2017 at 2:35 p.m.

_____
David Egan

Sworn to before me this
12th day of April, 2017.

_____
Notary Public of the State of New York

JENNIFER M. LACOSSE
Notary Public, State of New York
Qualified in Fulton County
Reg. No. 01LA6346918
My Commission Expires August 22, 2020