# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN PARKER**, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V.<br><br>**SAVAGE FUELING CORPORATION**,<br><br>Defendant. | **CIVIL ACTION NO. 1:17-cv-397 (GTS/CFH)**<br><br>**JURY TRIAL DEMANDED** |

## MOTION OF RICARDO J. PRIETO TO APPEAR PRO HAC VICE

In accordance with the local rules for the United States District Court, Northern District of New York, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of Plaintiff in the above described action.

- I, **Ricardo J. Prieto**, am ineligible to become a member of this court, but I am a member of good standing with the bar of Supreme Court of Texas, which is the highest court in the state of Texas. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable of $100.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Northern District of New York, Carlo A. C. de Oliveira of the firm of Cooper Erving & Savage LLP is appointed as local counsel.

- I authorize the Clerk of the Court for the Northern District of New York to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail.

Dated: April 11, 2017

Respectfully submitted,

**SHELLIST | LAZARZ | SLOBIN LLP**

By: */s/ Ricardo J. Prieto*
Robert R. Debes, Jr.
Texas Bar No. 05626150
bdebes@eeoc.net
Ricardo J. Prieto
Texas Bar No. 24062947
rprieto@eeoc.net
11 Greenway Plaza, Suite 1515
Houston, Texas 77046
Telephone: (713) 621-2277
Facsimile: (713) 621-0993

ATTORNEYS FOR PLAINTIFF
& CLASS MEMBERS

**COOPER ERVING & SAVAGE LLP**

By: /s/ Carlo A. C. de Oliveira
Carlo A. C. de Oliveira
Bar Roll No.: 516271
Local Counsel for Plaintiff & Class Members
39 North Pearl Street, Fourth Floor
Albany, New York 12207
Telephone: (518) 449-3900
Facsimile: (518) 432-3111
E-mail: Cdeoliveira@coopererving.com

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Ricardo Jose Prieto**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of May, 2008.

I further certify that the records of this office show that, as of this date

**Ricardo Jose Prieto**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 29th day of March, 2017.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 2926C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

March 29, 2017

Re: Mr. Ricardo Jose Prieto, State Bar Number 24062947

To Whom It May Concern:

This is to certify that Mr. Ricardo Jose Prieto was licensed to practice law in Texas on May 02, 2008, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web