**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF** ) | |
| ) | |
| Ricardo J. Prieto ) | **ORDER** |
| ) | |
| ) | |
| **TO BE ADMITTED TO THE UNITED STATES** ) | |
| **DISTRICT COURT FOR THE NORTHERN** ) | |
| **DISTRICT OF NEW YORK** ) | |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, _____Ricardo J. Prieto_____ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the
Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the
Northern District of New York for the particular case of :
1:17-cv-00397-GTS-CFH Parker v. Savage Fueling Corporation _____.

IT IS SO ORDERED

Dated : _____

_____
☐ U.S. District Judge
☐ U.S. Magistrate Judge