UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF )<br>)<br>Robert R. Debes, Jr.        )<br>)<br>)<br>TO BE ADMITTED TO THE UNITED STATES )<br>DISTRICT COURT FOR THE NORTHERN )<br>DISTRICT OF NEW YORK        ) | ORDER |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, __Robert R. Debes, Jr.__ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of :
1:17-cv-00397-GTS-CFH Parker v. Savage Fueling Corporation                              .

IT IS SO ORDERED

Dated : __April 17, 2017__

*Christian F. Hummel*

Christian F. Hummel
U.S. Magistrate Judge