UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------- X
John Parker, Individually and on behalf of all others similarly situated,

    Plaintiff,

  -against-

Savage Fueling Corporation,

    Defendant.
------------------------------------- X

Civil Action No. 1:17-cv-397 (GTS/CFH)

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for the Defendant to answer, move or otherwise respond to the Complaint is hereby extended to and including May 26, 2017. There has been no previous request for an extension of time.

| DLA PIPER LLP (US) | SHELLIST, LAZARZ, SLOBIN LLP |
|---|---|
| By:   /s/ Daniel Turinsky | By:   /s/ Robert R. Debes, Jr. |
| Daniel Turinsky, Esq. (Bar No. 302639) | Robert R. Debes, Jr. |
| 1251 Avenue of the Americas, 27th Floor | 11 Greenway Plaza Suite 1515 |
| New York, NY 10020-1104 | Houston , TX  77046 |
| Email: daniel.turinsky@dlapiper.com | Email: bdebes@eeoc.net |
| Telephone: (212) 335-4500 | Telephone: (713) 621-2277 |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Dated: May 4, 2017 | Dated: May 4, 2017 |

IT IS SO ORDERED THIS ___ day of _____, 2017

_____
The Honorable Glenn T. Suddaby
Chief U.S. District Judge