NITED STATES DISTRICT CO  RT FOR
THE NORTHERN DISTRICT O   NEW YORK

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF** )<br><br>Katharine J. Liao )<br><br>)<br><br>**TO BE ADMITTED TO THE UNITED STATES** )<br>**DISTRICT COURT FOR THE NORTHERN** )<br>**DISTRICT OF NEW YORK** ) | **ORDER** |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, ___Katharine J. Liao___ is hereby accepted for

☐   Permanent Admission to practice in the United States District Court for the
Northern District of New York.

☒   Pro Hac Vice Admission to practice in the United States District Court for the
Northern District of New York for the particular case of :
___John Parker v. Savage Fueling Corporation, Case No 1:17-cv-397 (GTS/CFH)___ .

IT IS SO ORDERED

Dated : ___May 17, 2017___

_Christian F. Hummel_
Christian F. Hummel
U.S. Magistrate Judge