# SAVAGE

October 6, 2016

John Parker
235 Old Loudon Road
Latham, NY 12110

**RE:   Severance Letter**

Dear John:

This letter is written to confirm our conversations that effective, October 5, 2016 we are separating your employment as an employee of Savage Fueling Corporation ("Savage"). Savage proposes to provide you with the following "severance arrangement" to assist you in transition:

You agree to the following:

1. You will return all personal property of Savage that may be in your possession including tools and equipment, keys and any security badges to Michael Miller or Scott LeMere on or before October 10, 2016.

2. All correspondence, agreements, documents, records, data, computer programs, sales information, operation information and financial information owned by or concerning Savage in your possession or control will be delivered by you to Michael Miller or Scott LeMere on or before 10:00 am on October 10, 2016 and shall not be duplicated or disclosed to third parties.

3. You will cooperate with and provide Savage with any information, which you have to the extent needed by Savage through October 10, 2016.

4. You will not disclose any of Savage's internal, confidential market-sensitive or proprietary business information (including terms of this agreement) with third parties including customers or employees of Savage.

5. You knowingly and voluntarily release, waive and forever discharge Savage, its shareholders, officers, directors and affiliates from any lawsuits on your behalf and all claims, rights and causes of action, known or unknown, arising out of or associated in any way whatsoever with your employment or lack thereof with Savage or its affiliates, including but not limited to, claims or rights arising under any and all federal, state or local laws, rules and regulations. You also knowingly and voluntarily waive your right to recover any personal remedy or damages as a result of a claim brought on your behalf.

**SAVAGE**

In consideration of you agreeing to the foregoing, Savage will:

1. Make payment to you for 10 shifts in the amount of $2,249.50, less applicable withholding taxes.
2. Make payment to you in the amount of $173.44, less applicable taxes; for your unused 9.25 hours of PTO,

Payment will be made by check approximately (8) eight days from the date we receive the executed copy of this agreement, provided we have received the equipment, documents, etc. from you as well as this letter executed by you and returned to me.

Your current health, dental and vision benefits / coverage with Savage will cease today; however, those benefits will be made available to you thereafter at your expense in accordance with existing Cobra regulation.

Savage recognizes its legal responsibility in connection with this letter as follows:

1. This letter confirms Savage recognizes that should you so choose, you have twenty-one (21) days from the date of this letter in which to consider this "severance arrangement" and whether to execute the letter with your signature. Savage also recognizes that should you accept this arrangement and sign this letter, you have seven (7) days in which you may revoke your decision by giving me written notice.

All terms and conditions of this arrangement are between you and the Company and are to remain confidential and are not to be discussed with third parties except your attorney, financial advisor, or your immediate family members. You expressly agree not to discuss this arrangement with any employee, former employee, customer or vendor of the Company. This letter will terminate or supersede all agreements, written or verbal, concerning your employment with Savage.

Respectfully,

Chris Thomas
VP People Services

The terms and provisions of this letter are voluntarily accepted and knowingly agreed to this _10_ day of October, 2016.

John Parker