UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------- X
John Parker, Individually and on behalf of all others similarly situated,    :

        Plaintiff,    :    CIVIL ACTION NO.: 1:17-cv-00397 (GTS/CFH)

  -against-    :    **CERTIFICATE OF SERVICE**

Savage Fueling Corporation,    :

        Defendant.    :
------------------------------------- X

I hereby certify that on May 26, 2017, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| **Carlo Alexandre C. de Oliveira** | **Ricardo Jose Prieto** |
| Cooper, Erving Law Firm - Albany Office | Shellist, Lazarz, Slobin LLP |
| 39 North Pearl Street | 11 Greenway Plaza |
| 4th Floor | Suite 1515 |
| Albany, NY 12207 | Houston, TX 77046 |
| Email: cdeoliveira@coopererving.com | Email: rprieto@eeoc.net |

**Robert Randolph Debes**
Shellist, Lazarz, Slobin LLP
11 Greenway Plaza
Suite 1515
Houston, TX 77046
Email: bdebes@eeoc.net

Dated: New York, New York.
May 26, 2017

        Respectfully submitted,

        /s/ Daniel Turinsky
          Daniel Turinsky
        Bar Roll No.: 302639
        Daniel.turinsky@dlapiper.com