UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN PARKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br> -v-<br><br>SAVAGE FUELING CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.: 1:17-cv-397 (GTS/CFH)<br><br>**RULE 7.1 DISCLOSURE** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Savage Fueling Corporation hereby certifies that Savage Fueling Corporation is a Utah corporation with its principal place of business in Midvale, Utah. Savage Fueling Corporation is a wholly owned subsidiary of Savage Services Corporation, a Utah Corporation with its principal place of business in Midvale, Utah. No publicly held corporation owns ten percent or more of the stock of Savage Fueling Corporation or Savage Services Corporation.

Dated: New York, New York.
      May 26, 2017

Respectfully submitted,

DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY  10020-1104
212.335.4500

2000 Avenue of the Stars, Suite 400N
Los Angeles, CA 90067-4704
310.595.3000


By: /s/ Daniel Turinsky

    Daniel Turinsky
    Bar Roll No.: 302639
    Daniel.turinsky@dlapiper.com

    Maria C. Rodriguez
    Admitted Pro Hac Vice
    Maria.rodriguez@dlapiper.com

    Benjamin M. Gipson
    Admitted Pro Hac Vice
    Ben.gipson@dlapiper.com

    Katharine J. Liao
    Admitted Pro Hac Vice
    Katharine.liao@dlapiper.com

    *Attorneys for Defendant*
    *Savage Fueling Corporation*