UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------- X
John Parker, and Jamie Bartlett, Individually : 
and on behalf of all others similarly situated,
                                               :
         Plaintiffs,                           :   CIVIL ACTION NO.: 1:17-cv-397
                                               :   (GTS/CFH)
     -against-                                 :
                                               :   **CERTIFICATE OF SERVICE**
Savage Fueling Corporation,                    :
         Defendant.                            :
------------------------------------- X

I hereby certify that on June 26, 2017, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    Carlo Alexandre C. de Oliveira  
    Cooper, Erving Law Firm - Albany Office  
    39 North Pearl Street  
    4th Floor  
    Albany, NY 12207  
    Email: cdeoliveira@coopererving.com

    Ricardo Jose Prieto  
    Shellist, Lazarz, Slobin LLP  
    11 Greenway Plaza  
    Suite 1515  
    Houston, TX 77046  
    Email: rprieto@eeoc.net

    Robert Randolph Debes  
    Shellist, Lazarz, Slobin LLP  
    11 Greenway Plaza  
    Suite 1515  
    Houston, TX 77046  
    Email: bdebes@eeoc.net

Dated: New York, New York.
       June 26, 2017

/s/ Daniel Turinsky  
Daniel Turinsky  
Bar Roll No.: 302639  
Daniel.turinsky@dlapiper.com