UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------- X
John Parker and Jamie Bartlett, Individually and :
on behalf of themselves and on behalf of all
others similarly situated,                   :

                Plaintiffs,        :

  -against-                              :

Savage Fueling Corporation,                  :

                Defendant.
------------------------------------- X

INDEX NO. 1:17-cv-397 (GTS/CFH)

**Honorable Glenn T. Suddaby**

**ADVISORY REGARDING SETTLEMENT**

The Parties have reached a confidential settlement of their dispute and are preparing closing papers. Accordingly, the Parties respectfully request the issuance of 60-day conditional orders for the Parties to file their closing documents and to dismiss this case with prejudice.

In view of the Parties' settlement, the Parties respectfully request that the Initial Conference be rescheduled and the deadline to file the Civil Case Management Plan and Mandatory Disclosures be reset to seven (7) days before the date of the Initial Conference.

| For the Defendant: | For the Plaintiffs: |
|---|---|
| By: /s/ Maria C. Rodriguez | By: /s/ Robert Randolph Debes |
| Maria C. Rodriguez (Pro Hac Vice) | Robert Randolph Debes (Pro Hac Vice) |
| Elvira Kras (Bar No. 5306501) | Shellist, Lasarz, Slobin LLP |
| McDermott Will & Emery | 11 Greenway Plaza Suite 1515 |
| 2049 Century Park East, 38th Floor | Houston, TX 77046 |
| Los Angeles, CA 90067-3218 | E-mail: bdebes@eeoc.net |
| E-mail: mcrodriguez@mwe.com | Telephone: (713) 621-2377 |
| Telephone: (310) 277-4110 | Facsimile: (713) 621-0993 |
| Facsimile: (310) 277-4730 | |
| | Attorneys for Plaintiffs |
| Attorneys for Defendant | |
| | Date: May 4, 2018 |
| Date: May 4, 2018 | |

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on Friday, May 04, 2018.

                            */s/ Robert R. Debes, Jr.*
                            Robert R. Debes, Jr.